## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CBIZ, INC., *et al.*, | ) | Case No. 1:24-cv-1027 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| GREGORY J. CRYAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MINUTES AND ORDER

The Court held a status conference by Zoom on December 23, 2024. Jeffrey S. Dunlap and Lawrence D. Pollack appeared for Plaintiffs. Steven D. Pearson and Robert A. Zimmerman appeared for Defendants.

The Court discussed with counsel the briefs recently filed, supplementing the record for Plaintiffs' motion for a preliminary injunction. Plaintiffs informed the Court that they will update certain exhibits due to some technical issues shortly. Counsel advised the Court that they continue to discuss the confidentiality designations of certain documents but do not believe that the issue is ripe for the Court's involvement at this time.

Based on discussions with counsel, the Court amended the briefing schedule relating to Plaintiffs' motion for a preliminary injunction. Responses shall be filed on or before January 10, 2025. The Court inquired whether any party intends to present evidence, including the testimony of live witnesses, relating to the motion for preliminary injunction or the motion for contempt. Counsel confirmed that they do

not.  The Court set oral argument on the motion for contempt and the motion for a preliminary injunction for January 17, 2025 at 12:00 p.m.  The Court will notify counsel if there are specific questions or issues on which the Court has questions to address at oral argument.

      **SO ORDERED.**

Dated:  December 23, 2024

Time: 30 minutes

          J. Philip Calabrese
          United States District Judge
          Northern District of Ohio