**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CBIZ, INC., *et al.*, | ) | Case No. 1:24-cv-1027 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| GREGORY J. CRYAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MINUTES AND ORDER

The Court held a status conference by Zoom on January 8, 2025. Jeffrey S. Dunlap and Lawrence D. Pollack appeared for Plaintiffs. Steven D. Pearson and Robert A. Zimmerman appeared for Defendants.

By way of background, the Court scheduled oral arguments on the motion for a preliminary injunction on the last business day before it was scheduled to preside over a lengthy civil trial. The Court advised counsel that, earlier on January 8, 2025, the case set for trial resolved and asked whether the parties wanted to adjust the schedule as a result. Additionally, the Court inquired into whether, in light of the apparent factual disputes between the parties, the preliminary injunction hearing should be consolidated with trial on the merits, potentially as soon as the week of May 19, 2025. Counsel agreed to move the deadline for the response briefs on the preliminary injunction motion. Accordingly, the Court adjusted the deadline for those briefs to January 13, 2025.

The Court instructed counsel to confer with their clients and each other before the next status conference, which is set for January 13, 2025 at 3:00 p.m. by Zoom.

**SO ORDERED.**

Dated: January 9, 2025

                                              J. Philip Calabrese
                                              United States District Judge
                                              Northern District of Ohio