# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CBIZ, INC., *et al.*, ) | Case No. 1:24-cv-1027 |
| ) | |
| Plaintiffs, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | Magistrate Judge |
| ) | Jonathan D. Greenberg |
| GREGORY J. CRYAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MINUTES AND ORDER

The Court held a status conference by Zoom on January 13, 2025. Jeffrey S. Dunlap and Lawrence D. Pollack appeared for Plaintiffs. Steven D. Pearson and Robert A. Zimmerman appeared for Defendants.

The Court and counsel had discussions following up on the matters discussed on January 8, 2025. Based on these discussions, the Court orders as follows: counsel shall file their response briefs on January 13, 2025; the Court **VACATES** the oral argument previously scheduled for January 17, 2025; and the Court will conduct a trial beginning on May 19, 2025 on the merits in this case and in Case No. 1:24-cv-1350, and will consolidate trial on the merits with the motion for a preliminary injunction.

By January 27, 2025, counsel shall meet and confer and file a proposed schedule for resolving EPIC's motion to dismiss for lack of jurisdiction (ECF No. 12) and the balance of the pretrial schedule. The Court sets a status conference by Zoom

for January 30, 2025 at 2:00 p.m. At that status conference the Court will set the date for the final pretrial conference.

**SO ORDERED.**

Dated: January 13, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio