# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CBIZ, INC., *et al.*, | ) | CASE NO. 1:24-cv-01027 |
| | ) | |
| Plaintiffs, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| GREGORY J. CRYAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **PLAINTIFFS' MOTION TO WITHDRAW** |
| | ) | **DECLARATIONS OF MARK LANTERMAN** |

Plaintiffs CBIZ, Inc., CBIZ Benefits & Insurance Services, Inc., and CBIZ Insurance Services, Inc. (collectively "Plaintiffs") respectfully move this Court for leave to withdraw the Declarations of Mark Lanterman, ECF No. 18-1 and ECF No. 86-60.  The reason for this motion is that questions have been raised about Mr. Lanterman's qualifications for which Plaintiffs' counsel does not have answers.  Further reasons supporting this motion are contained in the memorandum and exhibits in support.

        */s/ Lawrence D. Pollack*
Jeffrey S. Dunlap (0067923)
Lawrence D. Pollack (0042477)
Ashtyn N. Saltz (0089548)
Ryan W. Gillespie (0102606)
**UB GREENSFELDER LLP**
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
jdunlap@ubglaw.com
lpollack@ubglaw.com
asaltz@ubglaw.com
rgillespie@ubglaw.com

*Attorneys for Plaintiffs CBIZ, Inc., CBIZ Benefits & Insurance Services, Inc., CBIZ Insurance Services, Inc., and Third-Party Defendant Mike Gill*

## CERTIFICATE OF SERVICE

I certify that on April 4, 2025, a copy of *Plaintiffs' Motion to Withdraw Declarations of Mark Lanterman* was electronically filed via the Court's CM/ECF system.  Notice and a copy of this filing will be sent to counsel of record for all parties via the Court's CM/ECF system.

*/s/ Lawrence D. Pollack*
*One of the attorneys for Plaintiffs CBIZ, Inc.,*
*CBIZ Benefits & Insurance Services, Inc., and*
*CBIZ Insurance Services, Inc., and Third-*
*Party Defendant Mike Gill.*
