# Gillespie, Ryan

| | |
|---|---|
| **From:** | Sean L Harrington <sean@seanharringtonlaw.com> |
| **Sent:** | Sunday, March 9, 2025 11:37 AM |
| **To:** | jbruckman@freeborn.com; Dunlap, Jeffrey; lflagg@beneschlaw.com; Gillespie, Ryan; rhepp@beneschlaw.com; jkoechley@sgrlaw.com; Linehan, Matthew; spearson@sgrlaw.com; Pollack, Larry; Saltz, Ashtyn; rzimmerman@beneschlaw.com |
| **Subject:** | Re: CBIZ, Inc. et al. v. Cryan et al. |



**This message needs your attention**
• This is their first email to your company.
Mark as Safe — Powered by Mimecast

Dear Counselors:

In the above-captioned cause, Mark Lanterman falsely testified, among other things, "*I graduated from Upsala College with both a Bachelor of Science and a Master's degree in computer science. I completed my post graduate work in cybersecurity at Harvard University.*" Document 18-2.

These statements are false, and it appears that Plaintiff's counsel didn't perform sufficient due diligence. Mr. Lanterman did not complete any "Postgraduate work in cybersecurity at Harvard University," and my investigation has revealed that he did not earn the degrees. See https://seanharringtonlaw.com/wp-content/uploads/2025/03/2025-03_deepfakeexperts_.pdf.

Another computer forensics fraud was convicted of and sentenced to 21 months under 18 U.S.C. § 1621(2) (perjury) for identical conduct —but on a much smaller scale than Lanterman. *See United States v. James Earl Edmiston,* No. 06-cr-0035, U.S. Court for the Eastern District of California.

You have an affirmative obligation to call this to the attention of Judge Calabrese. I also respectfully exhort you to refer this matter to the U.S. Attorney's office for investigation.

Sean L. Harrington, J.D.
CIPP/US, MCSE, CSOXP, CISSP, CHFI, CCFP

Sean Harrington Law Office
Bar Admissions: Wisconsin, California
direct: 508.361.2018
http://seanHarringtonLaw.com