

# Mark Lanterman
## Chief Technology Officer

Office
800 Hennepin Avenue
5th Floor
Minneapolis, MN 55403

Phone
(952) 924-9220

Fax
(952)924-9921

Email
mlanterman@compforensics.com

Web
www.compforensics.com

## Professional Biography

Mark has over 30 years of experience in digital forensics, e-discovery, and has provided education and training to a variety of audiences. Prior to founding Computer Forensic Services in 1998, Mark was a sworn investigator with the United States Secret Service Electronic Crimes Task Force. Both federal and state court judges have appointed Mark as a neutral computer forensic analyst.

Mark was appointed by the Minnesota Supreme Court for two consecutive three-year terms as a member of the Minnesota Lawyers Professional Responsibility Board, during which he also actively contributed to its Rules & Opinion Committee.

Mark frequently provides training within the legal community, including presentations for the United States Supreme Court, Georgetown Law School, the 11th Circuit Federal Judicial Conference, the 8th Circuit Federal Judicial Conference, the American Bar Association, the Federal Bar Association, the Sedona Conference, and the Department of Homeland Security, among others.

Mark has provided training for federal judiciary members via the Federal Judicial Center in Washington, D.C. Additionally, he serves as faculty at the National Judicial College. Mark is a professor in cybersecurity at the Saint Thomas School of Law. Mark is a member of the Sedona Conference Working Groups 1 and 11, where he is recognized as a "dialogue leader" on the judicial branch's adoption of Artificial Intelligence. Further, Mark was appointed by the Arizona Supreme Court to its judicial steering committee for the implementation of Artificial Intelligence.

## Education and Certifications

Upsala College – B.S. Computer Science; M.S. Computer Science

Harvard University – Cybersecurity

Department of Homeland Security – Federal Law Enforcement Training Center Seized Computer Evidence Recovery Specialist

National White-Collar Crime Center – Advanced Computer Forensics

## Publications

Co-author of the *E-Discovery and Forensic Desk Book*

Regular columnist for *Bench & Bar* magazine



Previous Testimony List – Mark Lanterman

- *State v. Eric Smith,* 50-CR-23-2421, (Mower Co., Minn.)
- *Ranning v. SBS Transportation, Inc. et al.,* 62-CV-23-400, (Ramsey Co., Minn)
- *North American Science Associates, LLC v. Conforti, et al.,* 24-CV-00287 (D. Minn.)
- *Plus One, LLC v. Capital Relocation Services LLC,* 23-CV-2016, (D. Minn.)
- *Raymond James & Associates, Inc. et al. v. Piper Sandler et al.*, 2:23-CV-02644 (W.D. Tenn.)
- *Griffin v. Johnson & Johnson et al.,* 21-CV-00134, (D. Vermont)
- *Piper Sandler Companies v. Gonzalez,* 23-CV-2281 (D. Minn.)
- *State v. James Nyonteh*, 27-CR-22-5940 (Henn. Co., Minn)
- *State v. Zhaaboshkang Bush,* 04-CR-22-2661 (Beltrami Co., Minn)
- *Lauren Ellison v. JM Trucking, et al.,* 2023CI16452 (*Bexar Co., Texas)
- *State v. Gary Otero, 52-CR-23-57 (*Nicollet Co., Minn.)
- *Mayo Foundation for Medical Education & Research v. Knowledge to Practice, Inc.,* 21-CV-1039 (D. Minn.)
- *Wilbur-Ellis Company LLC v. J.R. Simplot et al. (D. South Dakota)*
- *Universal Power Marketing, et al. v. Sara Rose,* 82-CV.20-2812 (Henn. Co., Minn.)
- *TCIC, Inc. v. True North Controls, LLC, et al.,* 27-CV-22-3774 (Henn. Co. Minn.)
- *MHL Custom, Inc. v. Waydoo USA, Inc, et al.,* 21-CV-0091 (D. Delaware)
- *Tumey LLP, et al. v. Mycroft, Inc., et al.,* 4:21-CV-00113 (W.D. Mo.)
- *A'layah Le'vaye Horton v. Greenway Equipment Co., Inc. et al.,* 20MI-CV00562 (Miss. Co., Missouri)
- In the Marriage of: Beals and Beals, 12-FA-21-235 (Chippewa Co., Minn.)
- *Warren, et al. v. ACOVA, Inc., et al.,* 27-CV-18-3944, (Henn. Co., Minn.)
- *Hagen v. Your Home Improvement, LLC, et al.*, 73-cv-21-2067, (Sterns Co. Minn.)
- *State of Minnesota v. Raku Sushi & Lounge Inc.,* 27-CR-21-8730, (Henn. Co., Minn.)
- *Jane Doe, et al. v. Independent School District 31,* 20-CV-00226, (D. Minn.)

800 HENNEPIN AVE., FIFTH FLOOR MINNNEAPOLIS, MN  55403
T 952-924-9920 U WWW.COMPFORENSICS.COM

- Galan v. Munoz, et al., 2019-CI-19143, (Bexar Co., Texas)
- *Vision Industries Group, Inc. v. ACU Plasmold, Inc., et al.,* 2:18-CV-6296, (D. N.J)
- *Troutman v. Great American Hospitality, LLC,* 19-CV-878, (Stanley Co., N. Carolina)
- *Baxter Insurance Group of Agents, et al. v. Woitalla et al., 27-CV-20-16685,* (Henn. Co. Minn.)
- *Sweigart v. Patten, et al.,* 5:21-cv-00922, (U.S. Dist Ct. E.D. Penn.)
- *Sarah Hoops v. Solution Design Group, Inc.,* 27-CV-20-11207, (Henn. Co. Minn.)
- *Stephanie Ramos v. Lazy J Transport, et al.,* 2018CI21594, (Dist Ct. Bexar Co., Texas)
- *Schwan's Company, et al. v. Rongxuan Cai, et al.,* 0:20-SC-2157, (U.S. Dist. Ct. Minn.)
- *Michael D. Tewksbury, as Guardian ad Litem for Miles Chacha and Lulu Kerubo Simba v. PODS Enterprises, LLC, et al.,* 62-CV-20-4209, (Ramsey Co., Minn.)
- *RG Golf v. The Golf Warehouse, 19-CV-00585* (U.S. Dist. Ct. Minn.)
- *Dunn v. PSD LLC, et al.,* 02-CV-20-4504, (Anoka Co., Minn.)
- *Chambers, et al. v. B&T Express, et al.,* 19-CI-00790, (Franklin Cir. Ct. Ky. 2d Div.)
- *Natco Pharma Ltd. V. John Doe,* 21-cv-00396-ECT-BRT, (U.S. Dist. Ct. Minn.)
- *Kimberly Clark, et al. v. Extrusion Group, et al.,* 1:18-cv-04754-SDG, (U.S. Dist. Ct. N.D. Ga.)
- *PalatiumCare Inc. v. Notify, LLC, et al.,* 2021-cv-000120, (Sheboygan Co., Wis.)
- *State of Nebraska v. Jeffrey Nelson,* CR21-19, (Saunders Co., Nebraska)
- *Lutzke v. Met Council,* 27-CV-19-14453, (Henn. Co. Minn.)
- *Rivera et al., v. Hydroline, et al.,* DC-19-143, (Dist. Ct. Duval Co, Texas).
- *Coleman & Hartman, et al. v. iAMg, et al.,* 16CV317, (Cir. Ct. Polk Co Wis.)
- *Mixon v. UPS, et al., 2019-CI-13752,* (Dist Ct. Bexar Co., Texas)
- *Goodman v. Goodman,* 27-DA-FA-21-672, (Henn. Co. Minn.)
- *Shaka v. Solar Partnership,* 27-CV-20-12474, (Henn. Co. Minn.)
- *Patel Engineering Ltd. V. The Republic of Mozambique,* UNCITRAL PCA: 2020-21.
- *Estate of Rima Abbas v. ABDCO,* (19-CI-1315), (Fayerette Cir. Ct. Ky. 4th Div.)

- *State of Nebraska v. Jeffrey Nelson,* CR21-19, (Saunders Co., Nebraska)
- *Riccy Mabel Enriquez-Perdomo v. Richard A. Newman, et al.,* 3:18-CV-549, (U.S. W.D. Kentucky)
- *United States v. Alakom-Zed Crayne Pobre,* PX-19-348, (U.S. Dist. Maryland)
- *Lewis v. Northfield Savings Bank, et al.,* 295-5-19-WNCV, (Vermont, Sup. Ct., Washington Div.)
- *State of Minnesota v. Thomas James Crowson,* 13-CR-20-325, (Chisago Co., Minn.)
- *Vimala et al., v. Wells Fargo, et al.,* 3:19-CV-0513, (U.S. M.D. Tenn.)
- In re: Estate of Anthony Mesiti, 318-2017-ET-00340, N.H. 6th Cir. Probate Division.
- Ernie's Empire, LLC, et al. v. Burrito & Burger, Inc., et al., 82-CV-20-28, (Wash. Co., Minn.)
- *Sol Brandys v. Wildamere Capital Management LLC,* Case No.: 27-CV-18-10822, (Henn. Co., Minn.)
- *State of Minnesota v. Yildirim*, 27-CR-19-7125, (Henn. Co., Minn.)
- *Jabil v. Essentium, et al.,* 8:19-cv-1567-T-23SPF, (M.D. Fla.)
- Lifetouch National School Studios Inc. v. Walsworth Publishing Company, et al., (U.S. Dist. Conn.)
- *Motion Tech Automation, LLC v. Frank Pinex*, Case No.: 82-CV-18-5202, (Wash. Co., Minn.)
- *Lundin v. Castillo, et al.,* Case No.: 2019-CV-000452, (Walworth Co., Wis.)
- *Yun v. Szarejko-Gnoinska, et al.,* 27-PA-FA-13-967, (Henn. Co., Minn.)
- *Jonas Hans v. Belen Fleming*, Case No.: 27-PA-FA-13-967, (Henn. Co., Minn.)
- *Daniel Hall, et al. v. Harry Sargeant III*, 18-cv-80748, (S.D. Fl.)
- *Miller v. Holbert, et al.,* Case No.: 48-CV-15-2178, (Mille Lacs Co., Minn.)
- *Strohn, et al. v. Northern States Power Company, et al*., 18-cv-1826, (U.S. Dist. Ct. Minn.)
- Stamper, et al. v. Highlands Regional Medical Center, Case Nos.: 11-CI-1134 & 12-CI-00468, (Commonwealth of Kentucky, Floyd Cir. Co., Div. I).
- *Patterson Dental Supply, Inc. v. Daniele Pace*, Case No.: 19-cv-01940-JNE-LIB, (U.S. Dist. Ct. Minn.)
- *Ryan Rock v. Jonathan Sargent and The Sargent Group, Inc. d/b/a Todd & Sargent, Inc.,* LACV050708, (Story Co., Iowa)
- Oscar Alpizar v. Eazy Trans, LLC, et al., 2018CI00878, (Bexar Co., Texas)
- *MatrixCare v. Netsmart*, Case No.: 19-cv-1684, (D. Minn.)

- *State of Minnesota v. Nathan Roth*, Case No.: 80-CR-18-1007, (Wadena Co., Minn.)
- *Parisi v. Wright*, Case No.: 27-CV-18-5381, (Henn. Co., Minn.).
- *Lloyd C. Peeoples, III v. Carolina Container, LLC*, 4:19-cv-00021 (N.D. Georgia)
- *Sandra Wolford, et al. v. Bayer Corp.*, et al., 16-CI-907, 17-CI-2299, Pike Cir. Ct. Div. I, Kentucky)
- *BuildingReports.com, Inc. v. Honeywell International, Inc.,* Case No.: 1:17-cv-03140-SCJ, (N.D. Ga.)
- *Evan D. Robert and Dr. Kerry B. Ace v. Lake Street Cafeteria, LLC, et al.,* Case No: 27-CV-17-18040, (Henn. Co., Minn.)
- *State of Minnesota v. Andrew Seeley,* 14-CR-17-4658, (Clay Co., Minn)
- *State of Minnesota v. Stephen Allwine*, 82-CR-17-242, (Wash. Co., Minn.)



# Publications List – Mark Lanterman

**Bench & Bar of Minnesota**

*Ransomware and federal sanctions*, January/February 2024

*Biden issues ambitious executive order on AI,* December 2023

*The CSRB weighs the lessons of Lapsus$*, November 2023

*Deepfakes, AI, and digital evidence*, October 2023

*Protecting our judges,* September 2023

*CISO Beware: Cyber accountability is changing,* August 2023

*ChatGPT: The human element,* July 2023

*This article is human-written: ChatGPT and navigating AI,* May/June 2023

*The shifting emphasis of U.S. cybersecurity,* April 2023

*Gloves off: The upcoming national cybersecurity strategy,* March 2023

*Thinking about the future of cyber insurance,* January/February 2023

*Ransomware and counteracting the interconnected risks of the IoT*, December 2022

*Executive Order 22-20 and Minnesota's growing cybercrime rates*, November 2022

*Social engineering or computer fraud? In cyber insurance, the difference matters,* October 2022

*The Cyber Safety Review Board's first report and the impact of Log4j,* September 2022

*What critical infrastructure efforts can teach us about cyber resilience,* August 2022

*How the American Choice and Innovation Online Act may affect cybersecurity,* July 2022

*Smishing attacks and the human element,* May/June 2022

*Still on the defensive, More on the Missouri website vulnerability investigation,* April 2022

*What we can already learn from the Cyber Safety Review Board,* March 2022

*The Log4j vulnerability is rocking the cybersecurity world. Here's why.,* January/February 2022

*On the defensive: Responding to security suggestions,* December 2021

*Go fish? Proportionality revisited,* November 2021

*Mailbag: Cybersecurity Q+A,* October 2021

*The NSA advisory on brute force attacks,* September 2021

*Security is a team game,* August 2021

*Improving national cybersecurity,* July 2021

*Apple's new iOS strikes a blow for data privacy*, May/June 2021

*Geofence warrants, The battle is just beginning*, April 2021

*Ransomware and federal sanctions*, March 2021

*The SolarWinds breach and third-party vendor security*, February 2021

*Considerations in cloud security,* January 2021

*Deciding when to use technology-assisted review*, December 2020

*How to avoid an old scam with a new twist*, November 2020

*Your back-to-school tech brush-up*, October 2020

*The Twitter breach and the dangers of social engineering*, September 2020

*Cyber risk: Is your data retention policy helping or hurting?,* August 2020

*Cyber riots and hacktivism,* July 2020

*Working from home and protecting client data,* May/June 2020

*Cybersecurity in pandemic times,* April 2020

*Business continuity and coronavirus planning,* March 2020

*Doxxing made easy: social media,* March 2020

*Taking responsibility for your cybersecurity,* February 2020

*Beyond compliance: Effective security training,* January 2020

*Doxxing redux: The trouble with opting out,* December 2019

*Proportionality and digital evidence,* November 2019

*AI and its impact on law firm cybersecurity,* October 2019

*Too secure? Encryption and law enforcement,* September 2019

*Security, convenience and medical devices,* August 2019

*Physical security should be part of your incident response plan,* July 2019

*"Papers and effects" in a digital age, pt II,* May/June 2019

*Security considerations for law firm data governance,* April 2019

*Third-party vendors and risk management,* March 2019

*The Marriott breach: four years*?, February 2019

*"Papers and effects" in a digital age,* co-authored with Judge (Ret.) Rosenbaum, January 2019 (Republished in The Computer & Internet Lawyer)

*The Chinese spy chip scandal and supply chain security,* December 2018 (Republished in The Computer & Internet Lawyer)

*Don't forget the inside threat,* November 2018

*Cyberattacks and the costs of reputational harm,* October 2018

*Fair elections and cybersecurity,* September 2018

*E-discovery vs. forensics: Analyzing digital evidence,* August 2018

*Social media and managing reputational risk,* July 2018

*Managing Cyber Risk: Is cyber liability insurance important for law firms?*, May/June 2018 (Republished in The Computer & Internet Lawyer)

*Social engineering: How cybercriminals capitalize on urgency,* April 2018

*Stephen Allwine: When crime tries to cover its digital tracks,* March 2018

*Is the Internet of Things spying on you?,* February 2018

*#UberFail,* January 2018

*Ransomware: To pay or not to pay?,* December 2017

*How digital evidence supported gerrymandering claims,* November 2017

*Facial recognition technology brings security & privacy concerns,* October 2017

*Putting communication and clients first in digital forensic analysis,* September 2017

*Digital evidence: New authentication standards coming,* August 2017

*Your Personal Data – Or is it? Doxxing and online information resellers pose threats to the legal community,* May/June 2017

*What You Don't Know Can Hurt You: Computer Security for Lawyers,* March 2014

### Minnesota Lawyer

*Phishing, vishing and smishing – oh, my!,* January 2018

*Equifax was unprepared for a data breach,* September 2017

*Cybersecurity and forensic application in cars,* July 2017

*Preventing 'spear-phishing' cyber attacks,* May 2017

*Opting out when private information goes public,* March 2017

*Are fingerprints keys or combinations?,* February 2017

*Digital Forensics and its role in data protection,* February 2017

*Acknowledge the security issues,* December 2016

*Modern life is driven by the internet of things,* November 2016

*Are medical devices vulnerable to hackers?,* October 2016

*Digital evidence as today's DNA,* September 2016

### Colorado Lawyer

*Is Emailing Confidential Information a Safe Practice for Attorneys?,* July 2018 (Republished in The Journals & Law Reviews database on WESTLAW)

**International Risk Management Institute, Inc. (IRMI)**

*Considerations on AI and Insurance,* December 2023

*Data Retention Policies as Proactive Breach Mitigation*, October 2023

*Cyber-Risk Management in the Age of ChatGPT*, June 2023

*Cyber-Security Considerations for Employee Departures*, April 2023

*Cyber Safety Review Board on Lapsus$*, December 2022

*Apple Vulnerabilities and Staying Apprised of Current Cyber Threats*, September 2022

*Evolving Threats? Assess and Update Security Measures,* June 2022

*Cyber Security and the Russian Invasion of Ukraine,* April 2022

*Thoughts on the FBI Email Compromise—and Lessons Learned,* January 2022

*Ransomware, National Cyber Security, and the Private Sector*, October 2021

*Standardization Matters in Establishing a Strong Security Posture*, June 2021

*Third-Party Vendor Risk Management*, March 2021

*The Importance of (Remote) Security Culture in Mitigating Risks*, December 2020

*Security from Home: Continuing to Work and Learn Amid COVID-19,* September 2020

*Operational Risk Revisited in the Wake of COVID-19,* June 2020

*Cyber Threats and Accounting for Operational Risk,* March 2020

*Human Aspect of Incident Response Investigations,* January 2020

*The Impact of Digital Incompetency on Cyber-Security Initiatives,* September 2019

6

*Communication in Responding to Cyber Attacks and Data Breaches,* June 2019

*Cyber Security and Resilience*, January 2019

*Leadership in Developing Cultures of Security,* September 2018

*Real-Life Consequences in a Digital World: The Role of Social Media,* July 2018

*Some Thoughts on the Dark Web—and How it Affects You,* March 2018

*Personal Information and Social Media: What Not to Post,* September 2017

*Managing Doxxing-Related Cyber Threats,* July 2017

*Understand the Layers of Cyber-Security and What Data Needs Protecting,* March 2017

*Learn about the Internet of Things: Connectivity, Data, and Privacy,* January 2017

*Assessing Risk and Cyber-Security,* September 2016

**SCCE The Compliance & Ethics Blog**

*The Components of Strong Cybersecurity Plans: Parts 1-5,* 2017

*Prevention Is the Best Medicine,* August 2016

**Lawyerist**

*Detection: The Middle Layer of Cybersecurity,* April 2017

*Don't Be Too Hasty! What to Do When an Email Prompts You to Act Quickly,* February 2017

*How to Avoid Spoofing, Spear Phishing, and Social Engineering Attacks,* October 2016

**Law Practice**

7

*The Dark Web, Cybersecurity and the Legal Community,* July/August 2020

**Captive International**

*COVID-19 and the importance of the cyber captive,* April 2020

**Attorney at Law Magazine**

*The Digital Challenges of COVID-19,* June 2020

**E-Discovery Deskbook**

Chapter Thirteen "Forensic Experts—When and How to Leverage the Talent" co-authored with John M. Degan Briggs and Morgan, P.A.

**The Complete Compliance and Ethics Manual 2022**

*Cybervigilance in Establishing Security Cultures*