# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CBIZ, INC., *et al.*, | ) | CASE NO. 1:24-cv-01027-JPC |
| | ) | |
| Plaintiffs, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| GREGORY J. CRYAN, *et al.*, | ) | |
| | ) | **PLAINTIFFS' MOTION FOR SUMMARY** |
| Defendants. | ) | **JUDGMENT AS TO DEFENDANTS'** |
| | ) | **COUNTERCLAIM/THIRD-PARTY** |
| | ) | **COMPLAINT AND CONSOLIDATED** |
| | ) | **CLAIMS ORIGINALLY FILED IN** |
| | ) | **GEORGIA STATE COURT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs CBIZ, Inc., CBIZ Insurance Services, Inc., and Third-Party Defendant Mike Gill (collectively "CBIZ") respectfully move the Court to grant CBIZ summary judgment on all claims raised in Defendants' Counterclaim/Third-Party Complaint and all claims raised by Defendants' Consolidated Complaint (See ECF No. 11-1 in Case No. 1:24-cv-1350) because there are no genuine issues of material fact and CBIZ is entitled to judgment as a matter of law. The reasons supporting this motion are set forth in the attached Memorandum of Law.

Respectfully submitted,

*/s/ Lawrence D. Pollack*
Jeffrey S. Dunlap (0067923)
Lawrence D. Pollack (0042477)
Ashtyn N. Saltz (0089548)
Ryan W. Gillespie (0102606)
**UB GREENSFELDER LLP**
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
jdunlap@ubglaw.com
lpollack@ubglaw.com
asaltz@ubglaw.com
rgillespie@ubglaw.com

*Attorneys for Plaintiffs CBIZ, Inc., CBIZ Benefits & Insurance Services, Inc., CBIZ Insurance Services, Inc., and Third-Party Defendant Mike Gill*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 7, 2025, a copy of *Plaintiffs' Motion for Summary Judgment as to Defendants' Counterclaim/Third-Party Complaint* an*d Consolidated Claims Originally Filed in Georgia State Court* was electronically filed via the Court's CM/ECF system.  Notice and a copy of this filing will be sent to counsel of record for all parties via the Court's CM/ECF system.

<u>*/s/ Lawrence D. Pollack*</u>
*One of the attorneys for Plaintiffs CBIZ, Inc.,*
*CBIZ Benefits & Insurance Services, Inc., and*
*CBIZ Insurance Services, Inc., and Third-*
*Party Defendant Mike Gill.*

3