UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CBIZ, INC.; CBIZ BENEFITS & INSURANCE SERVICES, INC.; and CBIZ INSURANCE SERVICES, INC., | Case No. 1:24-cv-01027 |
| Plaintiffs, | HON. JUDGE J. PHILIP CALABRESE |
| v. | HON. MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; WILLIAM M. HAYNES; MATTHEW C. McCOUN; PHILLIP R. LEEK, STEVEN FISCHER, and EDGEWOOD PARTNERS INSURANCE CENTER d/b/a EPIC INSURANCE BROKERS & CONSULTANTS, | |
| Defendants. | |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; WILLIAM M. HAYNES; MATTHEW C. McCOUN; PHILLIP R. LEEK, and STEVEN FISCHER, | |
| Counter-Plaintiffs, | |
| v. | |
| CBIZ, INC. and CBIZ INSURANCE SERVICES, INC., | |
| Counter-Defendants. | |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; and WILLIAM M. HAYNES, | |
| Third-Party Plaintiffs, | |
| v. | |
| MIKE GILL, individually, | |
| Third-Party Defendant. | |

**RE-NOTICE OF DEPOSITION SUBPOENA**

Notice is hereby given that, pursuant to Federal Rules of Civil Procedure 30 and 45, Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Gregory J. Cryan, Jerry Keith

Bowman, Jr., William M. Haynes, Matthew C. McCoun, Phillip R. Leek, and Steven Fischer ("Individual Defendants") have previously issued and served a subpoena to testify at a deposition in a civil action on non-party **SCOTT WOLF**.

Accordingly, and by agreement of the parties, the deposition of non-party **SCOTT WOLF** has been rescheduled to **Monday, April 14, 2025**, at **9:00 am MT/10:00 am CT/11:00 am ET**, at Lesofski Court Reporting, 7 West 6th Avenue, Suite 2C, Helena, MT 59601. The deposition will be taken before a duly certified court reporter and notary public, or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means and by videotape. A Zoom link will be provided to all counsel who wish to attend remotely, via email.

Dated: April 11, 2025	Respectfully submitted,

    *s/ Steven D. Pearson*
Steven D. Pearson (*admitted pro hac vice*)
Joel B. Bruckman (*admitted pro hac vice*)
Johnathon C. Koechley (*admitted pro hac vice*)
**SMITH, GAMBRELL & RUSSELL, LLP**
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
T: (312) 360-6000
F: (312)-360-6520
sdpearson@sgrlaw.com
jbruckman@sgrlaw.com
jkoechley@sgrlaw.com

Robert A. Zimmerman (0055478)
Richard E. Hepp (0090448)
Lyndsay M. Flagg (0099248)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
T: (216) 363-4500
F: (216) 363-4588
rzimmerman@beneschlaw.com

rhepp@beneschlaw.com
lflagg@beneschlaw.com

*Attorneys for Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Gregory J. Cryan, Jerry Keith Bowman, Jr., William M. Haynes, Matthew C. McCoun, Phillip R. Leek, and Steven Fischer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April 2025, a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF system. A copy of the document will be sent to all parties by operation of the Court's CM/ECF system.

    *s/      Johnathon C. Koechley*
*One of the Attorneys for Defendants/*
*Counter-Plaintiffs/Third-Party Plaintiffs*
*Gregory J. Cryan; J. Keith Bowman, Jr.; and*
*William M. Haynes and Defendants/*
*Counter-Plaintiffs Matthew C. McCoun;*
*Phillip R. Leek; and Steven Fischer*