UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CBIZ, INC.; CBIZ BENEFITS & INSURANCE SERVICES, INC.; and CBIZ INSURANCE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; WILLIAM M. HAYNES; MATTHEW C. McCOUN; PHILLIP R. LEEK, STEVEN FISCHER, and EDGEWOOD PARTNERS INSURANCE CENTER d/b/a EPIC INSURANCE BROKERS & CONSULTANTS, <br><br> Defendants. | Case No. 1:24-cv-01027 <br><br> HON. JUDGE J. PHILIP CALABRESE <br><br> HON. MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; WILLIAM M. HAYNES; MATTHEW C. McCOUN; PHILLIP R. LEEK, and STEVEN FISCHER, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> CBIZ, INC. and CBIZ INSURANCE SERVICES, INC., <br><br> Counter-Defendants. | |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; and WILLIAM M. HAYNES, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> MIKE GILL, individually, <br><br> Third-Party Defendant. | |

**THIRD RE-NOTICE OF DEPOSITION SUBPOENA**

Notice is hereby given that, pursuant to Federal Rules of Civil Procedure 30 and 45, Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Gregory J. Cryan, Jerry Keith

1

Bowman, Jr., William M. Haynes, Matthew C. McCoun, Phillip R. Leek, and Steven Fischer ("Individual Defendants") have previously issued and served a subpoena to testify at a deposition in a civil action on non-party **SCOTT WOLF**.

Accordingly, and by agreement of the parties, the deposition of non-party **SCOTT WOLF** has been rescheduled to **Monday, April 14, 2025**, at **9:00 am MT/10:00 am CT/11:00 am ET**, at the **Comfort Suites Airport-University, 2515 Catamount Street, Bozeman, MT 59718**. The deposition will be taken before a duly certified court reporter and notary public, or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means and by videotape. A Zoom link has been provided to all counsel who wish to attend remotely, via email.

Dated:  April 11, 2025                             Respectfully submitted,

 _s/    Steven D. Pearson_
Steven D. Pearson (*admitted pro hac vice*)
Joel B. Bruckman (*admitted pro hac vice*)
Johnathon C. Koechley (*admitted pro hac vice*)
**SMITH, GAMBRELL & RUSSELL, LLP**
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
T: (312) 360-6000
F: (312)-360-6520
sdpearson@sgrlaw.com
jbruckman@sgrlaw.com
jkoechley@sgrlaw.com

Robert A. Zimmerman (0055478)
Richard E. Hepp (0090448)
Lyndsay M. Flagg (0099248)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
T: (216) 363-4500

2

        F: (216) 363-4588
        rzimmerman@beneschlaw.com
        rhepp@beneschlaw.com
        lflagg@beneschlaw.com


        *Attorneys for Defendants/Counter-*
        *Plaintiffs/Third-Party Plaintiffs*
        *Gregory J. Cryan, Jerry Keith Bowman, Jr.,*
        *William M. Haynes, Matthew C. McCoun,*
        *Phillip R. Leek, and Steven Fischer*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April 2025, a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF system. A copy of the document will be sent to all parties by operation of the Court's CM/ECF system.

I further certify that a copy of the foregoing was provided to the attorneys listed below via email:

Jeffrey S. Dunlap
Lawrence D. Pollack
Ashtyn N. Saltz
Ryan W. Gillespie
UP GREENSFEELDER, LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
jdunlap@ubglaw.com
lpollack@ubglaw.com
asaltz@ubglaw.com
rgillespie@ubglaw.com

*Attorneys for Plaintiffs/Counter-Defendants:*
*CBIZ, Inc. and CBIZ Insurance Services, Inc.; Plaintiff CBIZ Benefits & Insurance Services, Inc.; and Third-Party Defendant Mike Gill*

Robert Zimmerman
Richard E. Hepp
Lyndsay M. Flagg
Benesch, Friedlander, Coplan & Aronoff, LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Phone: 216-363-4437
rzimmerman@beneschlaw.com
rhepp@beneschlaw.com
lflagg@beneschlaw.com

*Additional Counsel for Defendants/Counter-Plaintiffs/Third-Party Plaintiffs*
*Gregory J. Cryan, Jerry Keith Bowman, Jr., William M. Haynes; Defendants/Counter-Plaintiffs Matthew C. McCoun, Phillip R. Leek, Steven Fischer; Defendant Edgewood Partners Insurance Center d/b/a EPIC Insurance Brokers & Consultants*

1

Sean P. Malone
Andrew R. Malone
Malone Law, LLC
50 Public Square, Suite 2210
Cleveland, Ohio 44113
smalone@malonelawllc.com
amalone@malonelawllc.com
(216) 861-5511 (office)
(216) 861-0211 (fax)

Linda Deola
Morrison Sherwood Wilson Deola, PLLP
401 N. Last Chance Gulch
PO Box 557
Helena, MT 59624
ldeola@mswdlaw.com

*Attorneys for Non-Party Scott Wolf*

    *s/     Johnathon C. Koechley*
*One of the Attorneys for Defendants/*
*Counter-Plaintiffs/Third-Party Plaintiffs*
*Gregory J. Cryan; J. Keith Bowman, Jr.; and*
*William M. Haynes and Defendants/*
*Counter-Plaintiffs Matthew C. McCoun;*
*Phillip R. Leek; and Steven Fischer*

2