GRANTED.
IT IS SO ORDERED.

_____
J. PHILIP CALABRESE,
UNITED STATES DISTRICT JUDGE
Date: April 29, 2025

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CBIZ, INC.; CBIZ BENEFITS & INSURANCE SERVICES, INC.; and CBIZ INSURANCE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; WILLIAM M. HAYNES; MATTHEW C. McCOUN; PHILLIP R. LEEK, STEVEN FISCHER, and EDGEWOOD PARTNERS INSURANCE CENTER d/b/a EPIC INSURANCE BROKERS & CONSULTANTS, <br><br> Defendants. | Case No.: 1:24-cv-01027 <br><br> HON. JUDGE J. PHILIP CALABRESE <br><br> HON. MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; WILLIAM M. HAYNES; MATTHEW C. McCOUN; PHILLIP R. LEEK, and STEVEN FISCHER, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> CBIZ, INC. and CBIZ INSURANCE SERVICES, INC., <br><br> Counter-Defendants. | |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; and WILLIAM M. HAYNES, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> MIKE GILL, individually, <br><br> Third-Party Defendant. | |

## **MOTION FOR *NUNC PRO TUNC* EXTENSION OF TIME ORDER**

NOW COME Defendants, by and through their undersigned attorneys, and hereby move this Honorable Court for an Order *nunc pro tunc* extending the time to

1