UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CBIZ, INC., *et al.*, | ) Case No. 1:24-cv-1027 |
| | ) Case No. 1:24-cv-1350 |
| Plaintiffs, | ) |
| | ) Judge J. Philip Calabrese |
| v. | ) |
| | ) Magistrate Judge |
| GREGORY J. CRYAN, *et al.*, | ) Jonathan D. Greenberg |
| | ) |
| Defendants. | ) |
| | ) |

**MINUTES AND ORDER**

On May 5, 2025, the Court held an in-person final pretrial conference. Jeffrey S. Dunlap and Lawrence D. Pollack appeared for Plaintiffs. Doug Musick appeared as a representative for Plaintiffs. Steven D. Pearson and Robert A. Zimmerman appeared for Defendants. Jeremiah Glassford appeared as a representative for Defendants.

**I.    Motion for Summary Judgment**

Plaintiffs moved for summary judgment as to Defendants' counterclaim/third-party complaint and consolidated claims originally filed in Georgia State court (ECF No. 110). After reviewing the fully briefed motion, and after hearing from counsel, the Court took Plaintiffs' motion for summary judgment under advisement as to Counts One and Two, breach of good faith and fair dealing and deceptive trade practices. For the reasons stated on the record, the Court denied in part and granted in part the rest of the motion.

## II. Motions *in Limine*

The parties filed motions *in limine* (ECF No. 122; ECF No. 124; ECF No. 126.) At the request of counsel, the Court extended the deadline for responded to May 6, 2025 at 3:00 p.m.

Although the motions are not ripe, the Court provided some preliminary thoughts about certain pending motions. The Court discussed the interplay of Plaintiffs' motion to exclude evidence and testimony relating to Mark Lanterman and Defendants' motion to exclude evidence pertaining to the contents of Mr. Haynes's Dropbox and Mr. Fischer's USB drive. The Court provided thoughts about excluding references to the temporary restraining order while still allowing the use of testimony from the hearing through neutral language. Finally, the Court addressed sequestering witnesses and enforcing Rules 26 and 37 to exclude undisclosed witnesses, documents, or opinions.

## III. Other Pretrial Matters

Before the conclusion of the conference the Court reviewed several logistical matters with the parties. The Court discussed *voir dire* procedures, the number of jurors, and other miscellaneous pretrial matters.

**SO ORDERED.**

Dated: May 5, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio