# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CBIZ, INC.; CBIZ BENEFITS & INSURANCE SERVICES, INC.; and CBIZ INSURANCE SERVICES, INC., | Case No.: 1:24-cv-01027 *consol. w/* Case No. 1:24-cv-01350 |
| Plaintiffs, v. | HON. JUDGE J. PHILIP CALABRESE |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; WILLIAM M. HAYNES; MATTHEW C. McCOUN; PHILLIP R. LEEK, STEVEN FISCHER, and EDGEWOOD PARTNERS INSURANCE CENTER d/b/a EPIC INSURANCE BROKERS & CONSULTANTS, | HON. MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendants. | |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; WILLIAM M. HAYNES; MATTHEW C. McCOUN; PHILLIP R. LEEK, and STEVEN FISCHER, | |
| Counter-Plaintiffs, v. | |
| CBIZ, INC. and CBIZ INSURANCE SERVICES, INC., | |
| Counter-Defendants. | |
| GREGORY J. CRYAN; JERRY KEITH BOWMAN, JR.; and WILLIAM M. HAYNES, | |
| Third-Party Plaintiffs, v. | |
| MIKE GILL, individually, | |
| Third-Party Defendant. | |

**STIPULATION REGARDING KEITH BOWMAN PERSONAL AFFAIRS**

The Parties, having met and conferred, jointly agree to the following stipulations and hereby move for entry of these stipulations as an order of the Court.

1

The Parties stipulate and agree that for purposes of trial in this matter no argument, reference or comments will be made in front of the jury relating to or regarding the personal, non-business affairs of Keith Bowman. Neither party shall reference any email collections or investigations into Mr. Bowman regarding his personal affairs.

## ORDER

It is hereby ORDERED this ___ day of May, 2024, that the foregoing Stipulations are APPROVED.

Dated: May 9, 2025

Respectfully submitted,

| | |
|---|---|
| *s/Lawrence D. Pollack* | *s/Steven D. Pearson* |
| Jeffrey S. Dunlap (0067923) | Steven D. Pearson |
| Lawrence D. Pollack (0042477) | (*admitted pro hac vice*) |
| Ashtyn N. Saltz (0089548) | Joel B. Bruckman |
| Ryan W. Gillespie (0102606) | (*admitted pro hac vice*) |
| UB GREENSFELDER, LLP | Johnathon C. Koechley |
| 1660 West 2nd Street, Suite 1100 | (*admitted pro hac vice*) |
| Cleveland, OH 44113 | SMITH, GAMBRELL & RUSSELL, LLP |
| jdunlap@ubglaw.com | 311 S. Wacker Dr., Suite 3000 |
| lpollack@ubglaw.com | Chicago, IL 60606 |
| asaltz@ubglaw.com | T: (312) 360-6000 |
| rgillespie@ubglaw.com | F: (312)-360-6520 |
| | sdpearson@sgrlaw.com |
| *Attorneys for Plaintiffs/Counter-Defendants CBIZ, Inc. and CBIZ Insurance Services, Inc.;* | bbruckman@sgrlaw.com |
| | jkoechley@sgrlaw.com |
| *Plaintiff CBIZ Benefits & Insurance Services, Inc.; and* | Robert A. Zimmerman (0055478) |
| | Richard E. Hepp (0090448) |
| *Third-Party Defendant Mike Gill* | Lyndsay M. Flagg (0099248) |
| | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| | 127 Public Square, Suite 4900 |
| | Cleveland, Ohio 44114-2378 |
| | T: (216) 363-4500 |

2

F: (216) 363-4588
rzimmerman@beneschlaw.com
rhepp@beneschlaw.com
lflagg@beneschlaw.com

*Attorneys for Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Gregory J. Cryan, Jerry Keith Bowman, Jr., and William M. Haynes and Defendants/Counter-Plaintiffs Matthew C. McCoun, Phillip R. Leek, and Steven Fischer*