# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CBIZ, INC., *et al.*, | ) | Case No. 1:24-cv-1027 |
| | ) | Case No. 1:24-cv-1350 |
| Plaintiffs, | ) | |
| | ) | Judge J. Philip Calabrese |
| v. | ) | |
| | ) | Magistrate Judge |
| GREGORY J. CRYAN, *et al.*, | ) | Jonathan D. Greenberg |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

In July 2024, the Court entered an amended temporary restraining order effective upon posting a bond. (ECF No. 39, PageID #1333.) Under the original temporary restraining order Plaintiffs had already posted a bond, so the Court continued the required bond of $150,000. (*Id.*) In September 2024, Plaintiffs filed a motion for contempt against Defendant Gregory Cryan, alleging that he violated the amended temporary restraining order. (ECF No. 62.) On May 16, 2025 the parties informed the Court that they had reached a settlement agreement, and the Court cancelled the upcoming trial. (*See* Minutes May 16, 2025.) After notifying the Court of the settlement, Plaintiffs filed two motions.

First, Plaintiffs move to release bond. Because the parties have reached a settlement and Defendants do not oppose the motion, the Court **GRANTS** Plaintiffs' motion (ECF No. 168) and releases bond in the amount of One Hundred and Fifty Thousand Dollars ($150,000).

Second, Plaintiffs move to withdraw their motion for contempt against Gregory J. Cryan. Due to the settlement, and with no opposition from Defendants, the Court **GRANTS** Plaintiffs' motion to withdraw (ECF No. 169) Plaintiffs' motion for contempt against Gregory J. Cryan (ECF No. 62).

**SO ORDERED.**

Dated: June 20, 2025

          J. Philip Calabrese
          United States District Judge
          Northern District of Ohio