**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CBIZ, INC., *et al.*, | ) | Case No. 1:24-cv-1027 |
| | ) | Case No. 1:24-cv-1350 |
| Plaintiffs, | ) | |
| | ) | Judge J. Philip Calabrese |
| v. | ) | |
| | ) | Magistrate Judge |
| GREGORY J. CRYAN, *et al.*, | ) | Jonathan D. Greenberg |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER**

On June 18, 2024, CBIZ Inc., CBIZ Benefits & Insurance Services, Inc., and CBIZ Insurance Services, Inc., filed suit in Case No. 1:24-cv-1027, against Gregory Cryan, Jerry Keith Bowman, Jr., William Haynes, Matthew McCoun, Phillip Leek, Steven Fischer, and Edgewood Partners Insurance Center. On June 12, 2024, Gregory Cryan, Jerry Keith Bowman, Jr., William Haynes, Matthew McCoun, Phillip Leek, and Steven Fischer filed suit against CBIZ Insurance Services, Inc. and Mike Gill. That case was removed to the Northern District of Georgia on June 20, 2024 and, on August 7, 2024, transferred to the Northern District of Ohio where it became Case No. 1:24-cv-1350. On January 30, 2025, the Court consolidated these two cases into *CBIZ, Inc., v. Cryan*, No. 1:24-cv-1027 (N.D. Ohio), which had the lower case number.

On July 1, 2025, the parties filed a stipulation of dismissal under Rule 41(a)(1)(A)(ii) which is self-executing. (ECF No. 171.) Accordingly, the Court denies

the pending motions *in limine* (ECF No. 122; ECF No. 124 & ECF No. 126) and the motion for sanctions (ECF No. 151) as moot.  Additionally, the Court retains jurisdiction over the settlement, which supersedes the amended temporary restraining order (ECF No. 39).

Therefore, the Court **DISMISSES** both actions **WITH PREJUDICE**.

**SO ORDERED.**

Dated:  July 7, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio

2